United States Courts
Southern District of Texas
FILED
November 02, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO. **4:21cr528** |
| ALEXANDER GUEVARA | § § § |
| Defendant. | § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

**Possession With Intent to Deliver a Controlled Substance**

On or about September 2, 2020 continuing through September 3, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ALEXANDER GUEVARA**

defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of at least 1 gram or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(v).

## COUNT TWO

### Possession With Intent to Deliver a Controlled Substance

On or about September 2, 2020 continuing through September 3, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### ALEXANDER GUEVARA

defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE

### Felon in Possession of a Firearm

On or about September 2, 2020 continuing through September 3, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### ALEXANDER GUEVARA

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Springfield XD 9mm pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE
### 21 U.S.C. § 853(a)

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

### ALEXANDER GUEVARA

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

## NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendant,

### ALEXANDER GUEVARA

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(g) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture.

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following property:

1. Springfield XD 9 mm pistol, bearing serial number: AT201495

A

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Jennifer Stabe*
JENNIFER STABE
Assistant United States Attorney
Southern District of Texas
713-567-9711